JACK FROEHLICH, Appellant, v. EMANUEL FELDBERG, Respondent.— Each of the above findings is in accord with the weight of the credible evidence. Nolan, P. J., Johnston and MacCrate, JJ., concur; Adel, J., dissents and votes to reverse and grant judgment to appellant in the sum of $1,800, with the following memorandum: The finding that appellant breached the contract is against the weight of the evidence. The proof supports a finding that the appellant ceased work because of nonpayment. There is no credible evidence that the "reasonable cost" of completing the contract was $4,100, as found by the Referee. The evidence supports a finding that such cost was, at most, $2,300. Schmidt, J., concurs with Adel, J.

NARCISSE F. GERVAIS, Respondent, v. LUCILLE GERVAIS, Appellant.— No opinion. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

THEODORE HEOS, Appellant, et al., Plaintiffs, v. IRVING LADNER, Doing Business as HIGHWAY AUTO RENTING COMPANY, et al., Respondents, et al., Defendants.— Appellant appeared and argued the merits of the original motion and thereby conferred jurisdiction on Special Term. On this appeal the power of Special Term to refer the motion to an Official Referee to hear and determine is not questioned. On the papers before it, Special Term was not obliged to deny the motions as a matter of law. Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur. [See *ante*, p. 1093; 280 App. Div. 829.]